IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **INDUSTRIAL BANK, N.A.** | * |
| Plaintiff | * |
| v. | *   Civil Action No. _____ |
| **SMALL BUSINESS ADMINISTRATION** | * |
| Defendant | * |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 14th day of August, 2006, and pursuant to Local Rule 65.1, undersigned counsel hand delivered a copy of the Plaintiff's Verified Complaint, Motion for Temporary Restraining Order and Preliminary and Permanent Injunction, Memorandum in Support of Motion for Temporary Restraining Order and Preliminary and Permanent Injunction, proposed Order, Request for Hearing, and a letter notifying Defendant of Plaintiff's intention to file all of the above with this Court on August 14, 2006, to:

Kenneth L. Wainstein, Esq.
United States Attorney for the
District of Columbia
555 4th Street, N.W.
Washington, D.C. 20530

A copy of these documents was also sent via facsimile to:

David A. Fishman, Esq.
Office of General Counsel
U.S. Small Business Administration
409 3rd Street, S.W., Suite 7200
Washington, DC 20416
Fax: (202) 481-0997

#533814v.1

/s/
Alan M. Grochal, D.C. Bar No. 315218
Toyja E. Kelley, D.C. Bar No. 482977
**TYDINGS & ROSENBERG LLP**
100 East Pratt Street
26th Floor
Baltimore, Maryland  21202
(410) 752-9700

**Attorneys for Plaintiff**
 **Industrial Bank, N.A.**