IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| INDUSTRIAL BANK, N.A. | * | |
|     Plaintiff | * | |
| v. | * | Civil Action No. \_\_\_\_\_ |
| SMALL BUSINESS ADMINISTRATION | * | |
|     Defendant | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## ORDER GRANTING MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY AND PERMANENT INJUNCTION

Upon consideration of the Motion for Temporary Restraining Order and Preliminary and Permanent Injunction (the "Motion") filed by Industrial Bank, N.A. (the "Bank") and after finding appropriate notice having been given, it is this _____ day of August, 2006, by the United States District Court for the District of Columbia,

**ORDERED**, that if the Motion is not granted, the Bank will suffer immediate, irreparable and substantial harm in that the Small Business Administration (the "SBA") will continue to deplete its limited settlement proceeds; and it is further

**ORDERED**, that such harm to the Bank would be irreparable because once the settlement proceeds are depleted by the SBA, the Bank's collateral will be depleted and not replenished; and it is further

**ORDERED**, that the Motion is hereby granted; and it is further

**ORDERED**, that the SBA shall be prohibited from making any settlement payments to any persons other than to the Bank under the Settlement Agreement until a trial on the merits; and it is further

#522038v.1

   **ORDERED**, that the SBA may apply for a modification or dissolution of this Order on _____ days notice.

                      _____
                      Judge, United States District Court
                       for the District of Columbia