UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INDUSTRIAL BANK, N.A., ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | Civil Action No. 06-1431(RMC) |
| ) | |
| U.S. SMALL BUSINESS ADMINISTRATION, ) | |
| ) | |
| Defendant. ) | |
| ) | |

### PRAECIPE

The Clerk of the Court will please enter the appearance of Beverly M. Russell, Assistant United States Attorney, as counsel for Defendant, U.S. Small Business Administration, in the above-captioned case.

Respectfully submitted,

/s/ Beverly M. Russell
_____
BEVERLY M. RUSSELL, D.C. Bar #454257
Assistant United States Attorney
United States Attorney's Office for the District of Columbia
555 Fourth Street, N.W., Rm. E-4915
Washington, D.C. 20530
Ph: (202) 307-0492
Facsimile: (202) 514-8780
E-Mail: beverly.russell@usdoj.gov

<u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that service of the foregoing <u>Praecipe</u> was sent by postage prepaid, first class mail, this <u>14th</u> day of August, 2006 to:

Alan M. Grochal, Esq.
Toyja E. Kelley, Esq.
TYDINGS & ROSENBERG LLP
100 East Pratt Street, 26th Floor
Baltimore, Maryland 21202


/s/ Beverly M. Russell
_____
BEVERLY M. RUSSELL
Assistant United States Attorney