UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| INDUSTRIAL BANK, N.A., | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | Civil Action No. 06-1431(RMC) |
| | ) | |
| U.S. SMALL BUSINESS ADMINISTRATION, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## DEFENDANT'S NOTICE TO THE COURT

The Small Business Administration ("SBA"), defendant in the above-captioned matter, informs the Court that it will not authorize or otherwise take any steps to effect the disbursement of any additional funds which are the subject of this suit within the next thirty days. See Pl.'s Verified Compl., p. 10. As a separate matter, the SBA informs the Court that it is, in fact, precluded from doing so because of a levy on those funds issued by the Internal Revenue Service. See Attached.

Date: August 14, 2006               Respectfully Submitted,


                                    /s/ Kenneth L. Wainstein /dvh
                                    _____
                                    KENNETH L. WAINSTEIN, D.C. BAR # 451058
                                    United States Attorney

                                    /s/ Rudolph Contreras
                                    _____
                                    RUDOLPH CONTRERAS, D.C. BAR #434122
                                    Assistant United States Attorney

/s/ Beverly M. Russell
_____
BEVERLY M. RUSSELL, D.C. Bar #454257
Assistant United States Attorney
U.S. Attorney's Office for the District of Columbia,
 Civil Division
555 4th Street, N.W., Rm. E-4915
Washington, D.C.  20530
Ph:  (202) 307-0492
Fax: (202) 514-8780
E-mail: beverly.russell@usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that service of the foregoing *Defendant's Notice to the Court* was served by postage prepaid, first class mail to:

Alan M. Grochal, Esq.
Toyja E. Kelley, Esq.
TYDINGS & ROSENBERG LLP
100 East Pratt Street, 26th Floor
Baltimore, Maryland 21202

on this 14th day of August, 2006.

/s/ Beverly M. Russell
_____
BEVERLY M. RUSSELL
Assistant United States Attorney