IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **INDUSTRIAL BANK, N.A.** | * |
|     **Plaintiff** | * |
| v. | * Civil Action No. 06-CV-1431 RMC |
| **SMALL BUSINESS ADMINISTRATION** | * |
|     **Defendant** | * |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## APPEARANCE BY COUNSEL FOR PLAINTIFF

Pursuant to Local Rule 83.6(a), please enter the appearance of the following as counsel for the plaintiff:

>   Toyja E. Kelley, D.C. Bar No. 482977
>   **TYDINGS & ROSENBERG LLP**
>   100 East Pratt Street, 26th Floor
>   Baltimore, Maryland 21202
>   Phone: (410) 752-9700

DATED: August 15, 2006

>   /s/_____
>   Alan M. Grochal, D.C. Bar No. 315218
>   Toyja E. Kelley, D.C. Bar No. 482977
>   **TYDINGS & ROSENBERG LLP**
>   100 East Pratt Street
>   26th Floor
>   Baltimore, Maryland 21202
>   (410) 752-9700
>
>   **Attorneys for Plaintiff**
>   **Industrial Bank, N.A.**

#534503v.1