UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INDUSTRIAL BANK, N.A., )<br>)<br>Plaintiff )<br>)<br>v. )<br>)<br>U.S. SMALL BUSINESS ADMINISTRATION, )<br>)<br>Defendant. )<br>) | Civil Action No. 06-1431(RMC) |

**JOINT PROPOSED BRIEFING SCHEDULE**

Pursuant to the Court's August 15, 2006 Order, the Parties respectfully submit a proposed briefing schedule. The Parties propose that Defendant file its opposition or other response to Plaintiff's Motion for a Preliminary and Permanent Injunction by September 13, 2006 and that Plaintiff file its reply by September 27, 2006.

A proposed Order consistent with this schedule is attached.

Respectfully Submitted,

/s/ Toyja E. Kelley /bmr
_____
ALAN M. GROCHAL, D.C. Bar #315218
TOYJA E. KELLEY, D.C. Bar #482977
TYDINGS & ROSENBERG LLP
100 East Pratt Street, 26th Floor
Baltimore, Maryland 21202
Ph: (410) 752-9700

/s/ Kenneth L. Wainstein /bmr
_____
KENNETH L. WAINSTEIN, D.C. BAR # 451058
United States Attorney

/s/ Rudolph Contreras /bmr
_____
RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney

/s/ Beverly M. Russell
_____
BEVERLY M. RUSSELL, D.C. Bar #454257
Assistant United States Attorney
U.S. Attorney's Office for the District of Columbia,
 Civil Division
555 4th Street, N.W., Rm. E-4915
Washington, D.C. 20530
Ph: (202) 307-0492