# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INDUSTRIAL BANK, N.A., ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | Civil Action No. 06-1431(RMC) |
| ) | |
| U.S. SMALL BUSINESS ADMINISTRATION, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## ORDER

Upon consideration of the Parties' proposed **_Briefing Schedule_** and the entire record herein, it is this _____ day of _____, 2006,

ORDERED that the following briefing schedule shall govern this case:

| | |
|---|---|
| Defendant's Opposition to Plaintiff's Motion for a Preliminary and Permanent Injunction | September 13, 2006 |
| Plaintiff's Reply | September 27, 2006 |

SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

copies to:

<u>Counsel for Plaintiff</u>
Toyja E. Kelley
TYDINGS & ROSENBERG LLP
100 East Pratt Street, 26th Floor
Baltimore, Maryland 21202

<u>Counsel for Defendant</u>
Beverly M. Russell
U.S. Attorney's Office for the District of Columbia
555 Fourth Street, N.W., Room E-4915
Washington, D.C. 20530