UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INDUSTRIAL BANK, N.A.,           )<br>                                              )<br>       Plaintiff                         )<br>                                              )<br>       v.                                  )<br>                                              )<br>U.S. SMALL BUSINESS ADMINISTRATION,  )<br>                                              )<br>       Defendant.                    )<br>                                              ) | Civil Action No. 06-1431(RMC) |

**DEFENDANT'S UNOPPOSED MOTION FOR AN EXTENSION OF TIME
TO FILE ITS OPPOSITION TO
PLAINTIFF'S MOTION FOR A PRELIMINARY INJUNCTION
AND MEMORANDUM IN SUPPORT THEREOF**

Pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, defendant U.S. Small Business Administration respectfully moves for an extension of time to Friday, September 15, 2006 to file its opposition to Plaintiff's motion for a preliminary injunction. The current deadline is today, September 13, 2006. No previous extensions have been sought by or granted to Defendant for this purpose. Pursuant to Local Rule 7(m), the undersigned counsel telephoned Plaintiff's counsel and was informed that Plaintiff does not oppose the relief requested herein. In support of this Motion, Defendant states the following.

Defendant requests the enlargement due to the significant work-related demands on its counsel. Of specific note, Defendant's counsel must prepare witnesses for depositions in a Title VII case today, and accordingly, will not have sufficient time to complete the opposition memorandum in this matter in sufficient time for supervisory

review and filing with the Court. Defendant's counsel has also devoted considerable time to discovery-related matters in Schroer v. Billington, Civil Action No. 05-1090(JR), a case involving the novel issue of whether "sex identity" or gender dysphoria is covered by Title VII of the Civil Rights Act of 1964, and Fletcher v. United States Parole Commission, Civil Action Nos. 01-601 and 01-2508(JDB), cases in which the plaintiff is challenging the United States Parole Commission's parole guidelines under the Ex Post Facto clause of the U.S. Constitution. Accordingly, because of these work-related demands on its counsel, Defendant does not anticipate being able to file its opposition memorandum by the current deadline, and thus, moves for an extension of time up to and including September 15, 2006 to do so.

    A proposed Order consistent with this Motion is attached.

Date: September 13, 2006        Respectfully Submitted,

/s/ Kenneth L. Wainstein /dvh
_____
KENNETH L. WAINSTEIN, D.C. BAR # 451058
United States Attorney

/s/ Rudolph Contreras /dvh
_____
RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney

/s/ Beverly M. Russell
_____
BEVERLY M. RUSSELL, D.C. Bar #454257
Assistant United States Attorney
U.S. Attorney's Office for the District of Columbia,
 Civil Division
555 4th Street, N.W., Rm. E-4915
Washington, D.C.  20530
Ph:  (202) 307-0492
Fax: (202) 514-8780
E-mail: beverly.russell@usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that service of the foregoing *Defendant's Unopposed Motion for an Extension of Time to File its Opposition to Plaintiff's Motion for a Preliminary Injunction and Memorandum in Support Thereof* was served by the Court's Electronic Case Filing System to:

Alan M. Grochal, Esq.
Toyja E. Kelley, Esq.
TYDINGS & ROSENBERG LLP
100 East Pratt Street, 26th Floor
Baltimore, Maryland 21202
tkelley@tydingslaw.com

on this 13th day of September, 2006.

/s/ Beverly M. Russell

_____
BEVERLY M. RUSSELL
Assistant United States Attorney