**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| INDUSTRIAL BANK, N.A., | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | Civil Action No. 06-1431(RMC) |
| | ) | |
| U.S. SMALL BUSINESS ADMINISTRATION, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

ORDER

UPON CONSIDERATION of ***Defendant's Unopposed Motion for an Extension***

***of Time to File Its Opposition to Plaintiff's Motion for a Preliminary Injunction and***

***Memorandum in Support Thereof,*** and for good cause shown, it is by the Court,

ORDERED that the Motion should be and is hereby granted, and thus, Defendant

shall have up to and including September 15, 2006 to file its opposition memorandum or

other response to Plaintiff's motion for a preliminary injunction;

SO ORDERED.


_____         _____
DATE                          UNITED STATES DISTRICT JUDGE

Copies to:
Toyja E. Kelley
TYDINGS & ROSENBERG LLP
100 East Pratt Street, 26th Floor
Baltimore, Maryland 21202

Beverly M. Russell
Assistant United States Attorney
Civil Division
555 Fourth Street, N.W., Rm. E-4915
Washington, D.C.  20530