# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INDUSTRIAL BANK, N.A.,                )</br>                                                          )</br>        Plaintiff                                  )</br>                                                          )</br>        v.                                             )           Civil Action No. 06-1431(RMC)</br>                                                          )</br>U.S. SMALL BUSINESS ADMINISTRATION,  )</br>                                                          )</br>        Defendant.                             )</br>                                                          ) | |

## ORDER

UPON CONSIDERATION OF Plaintiff's motion for a preliminary and permanent injunction, *Defendant's Motion to Dismiss Plaintiff's Verified Complaint for Breach of Settlement Agreement and Opposition to Plaintiff's Motion for a Preliminary and Permanent Injunction*, and the entire record herein, it is this ____ day of _____, 2006,

ORDERED that Plaintiff's Motion for A Preliminary and Permanent Injunction is DENIED; and it is

FURTHER ORDERED that Defendant's Motion To Dismiss is GRANTED; and it is

FURTHER ORDERED that Plaintiff's Complaint hereby is DISMISSED.

_____
United States District Judge

Copies to:
Toyja E. Kelley
TYDINGS & ROSENBERG LLP
100 East Pratt Street, 26th Floor
Baltimore, Maryland 21202

Beverly M. Russell
Assistant United States Attorney
Civil Division
555 Fourth Street, N.W., Rm. E-4915
Washington, D.C.  20530