UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INDUSTRIAL BANK, N.A., ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | Civil Action No. 06-1431(RMC) |
| ) | |
| U.S. SMALL BUSINESS ADMINISTRATION, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION
FOR A PRELIMINARY AND PERMANENT INJUNCTION**

Defendant respectfully opposes Plaintiff's motion for a preliminary and permanent injunction and requests that the motion be denied. The reasons for Defendant's opposition are set forth in its memorandum of points and authorities supporting its *Motion to Dismiss Plaintiff's Verified Complaint for Breach of Settlement Agreement and Opposition to Plaintiff's Motion for a Preliminary and Permanent Injunction* filed today, September 15, 2006. See R. 8. A proposed order was also submitted with this earlier filing.

Date: September 15, 2006         Respectfully Submitted,

                                 KENNETH L. WAINSTEIN, D.C. BAR # 451058
                                 United States Attorney

                                 /s/ Beverly M. Russell
                                 _____
                                 BEVERLY M. RUSSELL, D.C. Bar #454257
                                 Assistant United States Attorney
                                 U.S. Attorney's Office for the District of Columbia,
                                  Civil Division
                                 555 4th Street, N.W., Rm. E-4915
                                 Washington, D.C.  20530
                                 Ph:  (202) 307-0492
                                 Fax: (202) 514-8780
                                 E-mail: beverly.russell@usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that service of the foregoing ***Defendant's Opposition to Plaintiff's Motion for a Preliminary and Permanent Injunction*** was served by the Court's Electronic Case Filing System to:

Alan M. Grochal, Esq.
Toyja E. Kelley, Esq.
TYDINGS & ROSENBERG LLP
100 East Pratt Street, 26th Floor
Baltimore, Maryland 21202

on this 15th day of September, 2006.

/s/ Beverly M. Russell

_____
BEVERLY M. RUSSELL
Assistant United States Attorney