**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **INDUSTRIAL BANK, N.A.** | * |
|     **Plaintiff** | * |
| v. | *  Civil Action No. 06-CV-1431  RMC |
| **SMALL BUSINESS ADMINISTRATION** | * |
|     **Defendant** | * |

\*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*

**PLAINTIFF'S CONSENT MOTION FOR EXTENSION OF TIME TO FILE REPLY TO DEFENDANT'S OPPOSITION TO MOTION FOR PRELIMINARY INJUNCTION AND CONTINUANCE OF THE PRELIMINARY INJUNCTION HEARING**

Plaintiff Industrial Bank, N.A. ("Bank"), by undersigned counsel, and pursuant to Federal Rule of Civil Procedure 6(b)(1), moves for an extension of time to Friday, October 20, 2006, to file its reply to defendant Small Business Administration's Opposition to Motion for Preliminary Injunction. No previous extension has been sought by the Bank. The Bank also requests a short continuance of the preliminary injunction hearing because counsel for the Bank unexpectedly will be in San Francisco on the date the hearing is currently scheduled. Pursuant to Local Rule 7(m) counsel for the Bank spoke via telephone with counsel for the SBA and was informed that the SBA consents to the Bank's motion to modify the briefing schedule and continuance of the preliminary injunction hearing.

Good cause exists for the extension of time and the continuance. The Bank has good faith defenses to the jurisdictional arguments raised in the SBA's opposition.[1] Counsel for the Bank, however, has been unable to meet the current briefing schedule as a result of his missing a

---

[1] The SBA argues in its Opposition that this Court lacks jurisdiction over this matter under the Tucker Act, 28 U.S.C. § 1491. The SBA, however, has expressly consented to be sued in "any United States District Court." *See* 15 U.S.C. § 634.

#540856v.1

week of work because of a recent death in his family.  Counsel has desperately been working to catch up on the significant litigation matters that have been piled up during his absence.

The Bank's requests will also allow for additional time for the IRS to enter its appearance in this litigation.  As the SBA has noted in a Notice filed in this case, the IRS has filed a notice of levy to the funds at issue in this litigation.  *See* Docket Entry No. 4.  Counsel for the Bank has been working over the past few weeks to provide the IRS with proof that the Bank's lien supercedes the IRS's lien.  The IRS, however, just informed counsel for the Bank that it intends to file the appropriate motions to intervene in these proceedings.  In as much as the Court cannot decide the issues raised in this litigation without affecting the IRS's interest, the short delay in the briefing scheduling and hearing in this case would allow sufficient time for the IRS to protect its interest.

A proposed Order consistent with this motion is attached.

DATED:  October 2, 2006        /s/_____
                               Alan M. Grochal, D.C. Bar No. 315218
                               Toyja E. Kelley, D.C. Bar No. 482977
                               **TYDINGS & ROSENBERG LLP**
                                100 East Pratt Street
                                26th Floor
                                Baltimore, Maryland  21202
                                (410) 752-9700

                               **Attorneys for Plaintiff**
                                **Industrial Bank, N.A.**

## CERTFICATE OF SERVICE

I HEREBY CERTIFY that on this 2nd day of October 2006, a copy of the foregoing Consent Motion to Extend Time to File Reply to Defendant's Opposition to Motion for Preliminary Injunction and Continuance of the Preliminary Injunction Hearing and Proposed Order was served electronically via ECF/CM, on:

Beverly M. Russell
Assistant U.S. Attorney
U.S Attorney's Office for the District of Columbia,
Civil Division
555 Fourth Street, N.W., Rm. E-4915
Washington, D.C.  20530
202-307-0492

**Attorneys for Defendant**

_/s/_____
Toyja E. Kelley