IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **INDUSTRIAL BANK, N.A.** | * |
| **Plaintiff** | * |
| v. | * Civil Action No. 06-CV-1431 RMC |
| **SMALL BUSINESS ADMINISTRATION** | * |
| **Defendant** | * |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Upon consideration of the Plaintiff's Consent Motion to Extend Time to File Reply to Defendant's Opposition to Motion for Preliminary Injunction and Continuance of the Preliminary Injunction Hearing, it is this \_\_\_\_ day of October, 2006,

**ORDERED** that Plaintiff's motion is **GRANTED**, and it is further

**ORDERED** that Plaintiff's shall file its reply to Defendant's Opposition to Motion for Preliminary Injunction on or before October 20, 2006, and it is further

**ORDERED** that the Preliminary Injunction Hearing shall be continued until _____, and it is further

**ORDERED** that the Clerk of this Court shall send a copy of this Order to counsel for all parties.

_____
Judge, United States District Court for the
District of Columbia

#540857v.1