IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **INDUSTRIAL BANK, N.A.** | * |
| **Plaintiff** | * |
| v. | * Civil Action No. 06-CV-1431  RMC |
| **SMALL BUSINESS ADMINISTRATION** | * |
| **Defendant** | * |

\*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*

### JOINT MOTION FOR EXTENSION OF TIME TO FILE STATUS REPORT

Plaintiff Industrial Bank, N.A. ("Bank") and Defendant Small Business Administration ("SBA"), by undersigned counsel, and pursuant to Federal Rule of Civil Procedure 6(b)(1), move for an extension of time to Monday, May 21, 2007, to file their Joint Status Report ("Report"). On or about April 23, 2007, counsel for the SBA called and left a voicemail message for counsel for the Bank indicating that she would be out of the office beginning approximately April 30, 2007 until May 9, 2007, after the time for filing the Report, and that she would like to request a brief extension. Counsel for the Bank returned the phone call and left a message for counsel for SBA indicating that the Bank would consent to such a brief extension. Although counsel for the SBA and the Bank were unable to speak in person before counsel for the SBA left the office, counsel for the Bank spoke with the SBA's counsel's office on or about May 2, 2007, and was asked to file this motion for an extension of time on behalf of both parties.

Good cause exists for the extension of time and the continuance. As the Court suggested at the preliminary hearing in this case, the Bank has been working to resolve this case with the IRS. Counsel for the Bank, however, has not had an opportunity to speak with counsel for the

#643749v.1

SBA regarding its efforts to resolve the case with the IRS.  The parties need the additional time to discuss the status and prepare the Report.

     A proposed Order consistent with this motion is attached.

DATED:  May 4, 2007


 /s/_____
Alan M. Grochal, D.C. Bar No. 315218
Toyja E. Kelley, D.C. Bar No. 482977
**TYDINGS & ROSENBERG LLP**
100 East Pratt Street, 26th Floor
Baltimore, Maryland  21202
(410) 752-9700

**Attorneys for Plaintiff**
  **Industrial Bank, N.A.**


 /s/_____
Beverly M. Russell, Bar No. 454257
Assistant U.S. Attorney
U.S Attorney's Office for the District of Columbia,
Civil Division
555 Fourth Street, N.W., Rm. E-4915
Washington, D.C.  20530
(202) 307-0492

**Attorneys for Defendant**
  **Small Business Administration**