**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **INDUSTRIAL BANK, N.A.** | * | |
| **Plaintiff** | * | |
| **v.** | * | **Civil Action No. 06-CV-1431  RMC** |
| **SMALL BUSINESS ADMINISTRATION** | * | |
| **Defendant** | * | |

\*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*

**ORDER**

Upon consideration of the parties' Joint Motion for Extension of Time to File Joint Status Report, it is this _____ day of May, 2007,

**ORDERED** that parties motion is **GRANTED**, and it is further

**ORDERED** that the time to file the Joint Status Report shall be extended to Monday, May 21, 2007, and it is further

**ORDERED** that the Clerk of this Court shall send a copy of this Order to counsel for all parties.

_____
Judge, U.S. District Court for District Of Columbia