IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **INDUSTRIAL BANK, N.A.** | * |
| **Plaintiff** | * |
| v. | * Civil Action No. 06-CV-1431  RMC |
| **SMALL BUSINESS ADMINISTRATION** | * |
| **Defendant** | * |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**JOINT STATUS REPORT**

Plaintiff Industrial Bank, N.A. ("Bank") and Defendant Small Business Administration ("SBA"), by undersigned counsel, and pursuant to this Court's paperless Order of November 6, 2007, submit this joint status report and state as follows:

Following the TRO hearing in this case on November 6, 2007, the Bank unsuccessfully attempted to resolve the lien issues with the IRS. On February 8, 2007, the Bank filed a complaint for declaratory and injunctive relief against the IRS in which it sought a declaration that the Bank held a superior interest to the proceeds of the settlement with the SBA. The Bank and the IRS have submitted an initial report in which it is contemplated that the dispute over which party has the superior interest in the SBA settlement proceeds would be resolved by January 2008. Accordingly, undersigned counsel have conferred and agree that the SBA suit should be stayed pending resolution of the IRS litigation.

DATED:  May 21, 2007


 /s/
Alan M. Grochal, D.C. Bar No. 315218
Toyja E. Kelley, D.C. Bar No. 482977
**TYDINGS & ROSENBERG LLP**
100 East Pratt Street, 26th Floor
Baltimore, Maryland  21202
(410) 752-9700

**Attorneys for Plaintiff**
  **Industrial Bank, N.A.**


 /s/
Beverly M. Russell, Bar No. 454257
Assistant U.S. Attorney
U.S Attorney's Office for the District of Columbia,
Civil Division
555 Fourth Street, N.W., Rm. E-4915
Washington, D.C.  20530
(202) 307-0492


**Attorneys for Defendant**
  **Small Business Administration**